422 A.2d 684

Commonwealth v. Palmer, Appellant.

Submitted December 8, 1978. Arthur J. King, Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and HOFFMAN, JJ.

Order affirmed.

422 A.2d 684

Commonwealth v. Santiago, Appellant.

Submitted December 8, 1978. John A. Goldstan, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.